UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VISTA FOOD EXCHANGE, INC., and ROCKY MOUNTAIN EXPRESS CORPORATION d/b/a RMX GLOBAL LOGISTICS,<br><br>                                        Plaintiff,<br><br>-against-<br><br>ZAMIRBEK AIDAROV, KAVKAZ EXPRESS, LLC, GLOBAL TRANSPORTATION, LLC, and ITL GROUP, INC.,<br><br>                                        Defendants. | Docket No. 1:19-CV-05425-NRB<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** comes before the Court upon Zamirbek Aidarov's ("Aidarov") request for an Order withdrawing Raven Mackey as attorney of record for Aidarov in the above-captioned matter. Upon careful consideration of Aidarov's submission, and for good cause shown,

**IT IS** on this ___6th___ day of ___January___, 2020,

**ORDERED** that Raven Mackey is hereby withdrawn as attorney of record for Aidarov in the above-captioned matter; and it is further

**ORDERED** that pursuant to Local Civil Rule 1.4, Aidarov's request and this Order shall be served upon the client and all other parties within seven (7) days of the entry of this Order; and it is further

**ORDERED** that the Clerk of the Court shall terminate Raven Mackey as counsel of record for Aidarov.

Dated: _January 6, 2020_

_____
United States District/Magistrate Judge