
# HINSHAW

**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
**www.hinshawlaw.com**

Brent M. Reitter
BReitter@hinshawlaw.com

January 15, 2020

**Via ECF and Facsimile (212-805-7927)**
Honorable Naomi Reice Buchwald, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  *Vista Food Exchange, Inc. v. Aidarov et al.*
>      Civil Action No. 1:19-cv-05425-NRB

Dear Judge Buchwald:

This firm represents Defendants Zamirbek Aidarov and Global Transportation, LLC ("Aidarov" and "Global" respectively), in the above-referenced action. Pursuant to Your Honor's individual rules of practice, the parties jointly request an adjournment of the Initial Pre-Trial Conference currently scheduled for February 4, 2020 at 2:45 p.m. This is the parties' second request for an adjournment of the Initial Pre-Trial Conference.

Subsequent to the last adjournment request, and after Ms. Mackey's departure from Hinshaw & Culbertson LLP, I was substituted in as attorney of record for Aidarov and Global. Unfortunately, I will be out of the country and on my honeymoon on February 4, 2020. As such, I am unable to attend the February 4, 2020 Pre-Trial Conference and no other attorney in my office has personal knowledge of the facts of this action.

I have spoken with counsel for all appearing parties in this matter and all have provided their consent to adjourn the Initial Pre-Trial Conference. Based on the availability of all parties, we request an adjournment of the Pre-Trial Conference until either February 26, 2020, or February 27, 2020, or a later date that is preferable to the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

Brent M. Reitter

cc: All Counsel of Record (via ECF)

*[Handwritten annotation: The conference is adjourned until February 27, 2020 at 2:30. So Ordered. Naomi Reice Buchwald, USDJ 1/15/2020]*