*DOUGLAS A. DURNIN*
*Attorney and Counsellor at Law*
*5355 Merrick Road*
*Massapequa, New York ll758*
*Phone: 516-799-5253 Fax 516-795-0468*
*durninlaw@gmail.com*

February 25, 2020

Via ECF

Honorable Naomi Reice Buchwald,
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re: Vista Food Exchange v Aidarov, et al
                        1:19-cv-05425-NRB

Dear Judge Buchwald:

        This firm represents Plaintiffs Vista Food Exchange and Rocky Mountain
Express, in the above referenced action. Pursuant to Your Honor's Individual Rules of
Practice, the parties jointly request an adjournment of the Initial Pre-Trial Conference
currently scheduled for February 27, 2020 at 2:30 p.m. This is the third request for an
adjournment of the Conference.

        The parties conferred by Telephonic Conference today at 3:30 p.m. and
discussed, the service of process on non-appearing Defendant ITL Group, Inc and the
issue of insurance coverage, an insurance carrier may be in receivership.

        Plaintiff's counsel believes ITL was properly served, counsel for other defendants
do not agree and no attorney has appeared on behalf of ITL Group.

        The issue of whether or not there is insurance to cover the incident complained
of in the Complaint will determine how all parties will proceed and impact the amount of
expense to be incurred in this litigation.

        All appearing parties have consented to this request for an adjournment, to allow
time to resolve the above issues. Based on the availability of all parties, we request an
adjournment to March 26 or April 2 or a later date convenient to the Court.

        Thank you for your consideration.

*The conference is adjourned until April 2, 2020 at 3:30 pm.*

*So Ordered.*

*Naomi Reice Buchwald*
*USDJ*

*2/26/20*

Respectfully submitted,

DOUGLAS A. DURNIN

Cc: all counsel of record (via ECF)