```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
VISTA FOOD EXCHANGE, INC. AND ROCKY
MOUNTAIN EXPRESS CORPORATION,
                                                    ORDER
            Plaintiff,
                                                    19 Civ. 5425 (NRB)
         - against -

ZAMIRBEK AIDAROV, KAVKAZ EXPRESS, LLC,
GLOBAL TRANSPORTATION, LLC, AND ITL
GROUP, INC.
            Defendants.
---------------------------------X
```

IT IS HEREBY ORDERED that the conference scheduled for April 2, 2020 will be held telephonically at **11:30 am**. Chambers will contact the parties with dial-in instructions.

Dated:  New York, New York
        March 23, 2020

NAOMI REICE BUCHWALD
United States District Judge