UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VISTA FOOD EXCHANGE, INC., and
ROCKY MOUNTAIN EXPRESS
CORPORATION d/b/a RMX GLOBAL
LOGISTICS

          Plaintiff,

v.

ZAMIRBEK AIDAROV, KAVKAZ
EXPRESS, LLC, GLOBAL
TRANSPORTATION, LLC, ITL GROUP,
INC.

          Defendants.

Case No. 1:19-cv-05425-NRB

**RULE 26(f) PHASE 1 DISCOVERY
REPORT AND ORDER**

Pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure, Plaintiffs Vista

Food Exchange, Inc. ("Vista") and Rocky Mountain Express Corporation ("RMX") and

Defendants Global Transportation, LLC, ("Global"); Zamirbek Aidarov, ("Aidarov"), ITL

Group, Inc. ("ITL") and Kavkaz Express, LLC ("Kavkaz") jointly submit this report to the

Honorable Naomi Rice Buchwald:

The attorneys for all parties have met and conferred telephonically subsequent to the

April 2, 2020 discovery conference with the Court. Counsel agree with the Court that discovery

in this case should be conducted in Phases. Phase I will focus on non-party discovery, including

but not limited to Bell & Evans, along with any contractors, suppliers, agents, or other third-

parties, involved in, or any way related to, the August 1, 2018, motor vehicle accident giving rise

to this lawsuit and the subsequent replacement/repair of electrical equipment at the Bell & Evans

facility located in Bethel Township, PA. Counsel will meet and confer during Phase 1 in order

to determine the contours of Phase II discovery. In the event of any unresolved issues, counsel

will raise any disagreements at the status conference in paragraph 4 below.

## PHASE I DISCOVERY PLAN AND ORDER.

1. Party Discovery including the Automatic Exchanges of Information under the

   Local Rules is stayed under Phase I and will be addressed in Phase II.

2. Non-Party Discovery: The deadline to complete non-party discovery  is:

   October 16, 2020.

3. The parties have agreed that they will endeavor to conduct the discovery

   jointly if possible.  This is not a requirement but instead is a preference.
   (likely telephonic)

4. The Court will hold a^discovery status conference on  November_9_, 2020 at

   11am .

**SO ORDERED**

Dated: New York, New York

   July  7 , 2020

The Honorable Naomi Reice Buchwald
United States District Court Judge

2

Vista Food Exchange, Inc.&
Rocky Mountain Express Corporation
By: /s/ Jonathan C. Scott
      Jonathan C. Scott
Jonathan C. Scott, P.C.
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
(214) 999-2901

*Douglas A. Durnin*

*5355 Merrick Road,*
*Massapequa, New York 11758*
*(516) 799-5253*

*Counsel for Plaintiff*
*Vista Food Exchange, Inc.*
And Rocky Mountain Express Corp

Global Transportation, LLC,
Zamirbek Aidarov,  & ITL Group, Inc
By /s/ Brent M. Reitter

Brent M Reitter
Hinshaw & Culbertson, LLC
800 Third Avenue 13th Floor
New York, NY 10022
212-471-6247

Kavkaz Express, LLC
By
H. Nicholas Goodman

Nicholas Goodman & Associates, PLLC

3

1023571\305891897.v1

333 Park Avenue South, Suite 3A
New York, N.Y. 10010
Office Main (212) 227-9003
Direct Dial (917) 386-2701
Cell        (917) 470-7805

## CERTIFICATE OF SERVICE

The attached was served upon all parties and their counsel of record via the Court's

electronic filing system on June ___, 2020.

DOUGLAS A. DURNIN

4

1023571\305891897.v1