UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| VISTA FOOD EXCHANGE, INC., and | : Docket No. 1:19-cv-05425<br>Judge Naomi Reice Buchwald |
| ROCKY MOUNTAIN EXPRESS CORPORATION d/b/a RMX GLOBAL LOGISTICS | : Magistrate Judge Barbara Moses |
| Plaintiffs,<br>v. | : |
| ZAMIRBEK AIDAROV, KAVKAZ EXPRESS, LLC; GLOBAL TRANSPORTATION, LLC; ITL GROUP, INC. | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STATUS REPORT PURSUANT TO COURT ORDER OF NOVEMBER 9, 2020**

Pursuant to the Court's Order at the Conference held on November 9, 2020, Plaintiffs Vista Food Exchange, Inc. and Rocky Mountain Express Corp. provide the following update regarding the status of non-party discovery. Efforts to coordinate the joint service of a revised subpoena on Farmer's Pride, Inc. (Bell and Evans) were unsuccessful. Accordingly, on December 23, 2020, Vista served a subpoena on Farmer's Pride, Inc. (Bell and Evans) via its counsel of record for documents related to its claim for damages, and the suspension of its relationship with Vista. The responses are due on January 25, 2021.

Dated:  January 8, 2021

        /s/     *Jonathan C. Scott*
JONATHAN C. SCOTT (JCS 0813)
JONATHAN C. SCOTT, P.C.
Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
(214) 999-2901

Attorneys for Vista Food Exchange, Inc. and
Rocky Mountain Express Corp.

## CERTIFICATE OF SERVICE

On January 8, 2021, the attached status report was served upon counsel of record for all parties through the Court's electronic filing system.

        /s/     *Jonathan C. Scott*

JONATHAN C. SCOTT