# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3 A**
**NEW YORK, N.Y. 10010**

H. NICHOLAS GOODMAN

PATRICK L. SELVEY, JR.
MEREDITH B. LANDER
ALSO ADMITTED IN NEW JERSEY

(212) 227-9003

CAMILLE M. ABATE
OF COUNSEL

DUANA M. RIVERA
PARALEGAL/OFFICE MANAGER

October 5, 2021

> Application granted.
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
>         October 6, 2021

**_VIA ECF and First Class Mail_**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 21A
New York, NY 10007

   Re: **<u>Vista Food Exchange, Inc. et al. v. Zamirbek Aidarov et al.</u>**
      **Request to Seal / Civil Action Number: 1:19-cv-05425**

Dear Judge Buchwald,

  This firm represents Defendant Kavkaz Express, LLC ("Kavkaz") in the above referenced matter. I write to request that the Court ~~permanently~~ seal the letter motion previously filed as Document Number 70 in the above referenced matter as the undersigned inadvertently filed the unredacted version of same. The redacted version of the letter is submitted herewith as Exhibit "A."

               Respectfully submitted,

               *[signature]*

               Patrick L. Selvey

SO-ORDERD:

_____
Hon. Naomi Reice Buchwald