UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Vista Food Exchange, Inc., et al.          :          1:19 CIV 05425 ( NRB )
                                           :
                        Plaintiff,         :
                                           :          **ORDER FOR ADMISSION**
        - against -                        :          **PRO HAC VICE**
                                           :
Zamirbek Aidarov, et al.                   :
                                           :
                        Defendant.         :
                                           :
------------------------------------------------------------x

    The motion of Christina M. Lucio, for admission to practice *pro hac vice* in the above-captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows

    Applicant's Name: Christina M. Lucio
    Firm Name: Jonathan C. Scott, P.C.
    Address: 2200 Ross Avenue, Suite 4900 W
    City/State/Zip: Dallas, Texas 75201
    Telephone/Fax: (909) 908-3059

    Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Vista Food Exchange, Inc. and Rocky Mountain Express Corporation in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 12, 2022

_____
United States District / Magistrate Judge